USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _4/28/20_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                          :

UNITED STATES,                  :
                          :
                          :
           -v-                :                1:20-cr-127-GHW
                          :
CHRISTIAN IRIZARRY, and   :               ORDER
ANTONIO REYES,         :
                          :
                Defendants. :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The Court will hold a bail review hearing for Christian Irizarry on Monday, May 4, 2020 at 9:00 a.m. The hearing will take place using CourtCall. The parties will be provided with links to access the videoconference by separate email. Members of the public can access live audio of the proceeding using the following number: 855-268-7844; Access Code: 32091812#; PIN: 9921299#.

In the event that the videoconference technology does not work as expected, the parties are directed to the Court's Emergency Rules of Practice in Light of COVID-19, which are available on the Court's website. Those rules provide the backup teleconference number that the Court will use in the event that the videoconferencing technology does not function well. The parties are also directed to provide the Court with an appearance sheet in advance of the hearing, as required by Emergency Rule 2(C).

SO ORDERED.

Dated: April 28, 2020

_____
GREGORY H. WOODS
United States District Judge