```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                         :

  UNITED STATES OF AMERICA,           :

                                                         :

                         -v-                                 :                1: 20-cr-00127-GHW

                                                         :

  CHRISTIAN IRIZARRY,                   :                  <u>ORDER</u>
  ANTONIO REYES,                           :

                                                         :

                                            Defendants.  :

                                                         :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       Upon the application of defendant ANTONIO REYES, by and through his attorney, DANIEL S. PARKER, Esq., and with the consent of defendant CHRISTIAN IRIZARRY, by and through his attorney, BENJAMIN HENRICH, Esq., and the Government, by and through Assistant United States Attorney SARAH KRISSOFF, it is hereby ORDERED that the pretrial conference in this case is continued from June 18, 2020 to September 29, 2020 at 9:30 a.m.

       The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and permit the defendants and their counsel to receive and review discovery.  Accordingly, it is further ORDERED that the time from the date of this order through September 29, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Clerk of Court is directed to terminate the motion at Dkt. No. 41.

       SO ORDERED.

Dated:  June 11, 2020

                                                                         _____
                                                                          GREGORY H. WOODS
                                                                       United States District Judge