USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2020

# MEMORANDUM ENDORSED

**DANIEL S. PARKER**  
MICHAEL CARMODY  
CHRISTINA S. COOPER  

TELEPHONE: (212) 239-9777  
FACSIMILE:  (212) 239-9175  
DanielParker@aol.com

September 21, 2020

**By ECF**  
Hon. Gregory H. Woods  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007  

Re: **United States v. Irizarry et al.**  
20 Cr 127 (GHW)

Dear Judge Woods:

  I represent Antonio Reyes and Benjamin Heinrich represents Christian Irizzary. I write on behalf of both defense counsel and with the consent of the Government requesting that the Court conduct the conference scheduled for September 29, 2020 at 9:30 remotely.

  Given the pandemic and concerns about health and safety, the parties respectfully request that the Court conduct the conference by video.  Mr. Irizzary is incarcerated and it is my understanding that if he is produced for a court visit, then he will have to quarantine in the BOP for 14 days. Mr. Reyes resides out of state and would have to travel hours to attend in person.

  The parties recognize that because one defendant is incarcerated and one is not that separate video conferences might be required. In advance of the Court conference, we will confer regarding proposed dates and/or scheduling requests.

  If the foregoing meets with Your Honor's approval, then we respectfully request that you grant this application.  Thank you for your consideration in this matter.

Respectfully,

/s/

Daniel S. Parker

Cc: all parties by ECF and email

Application granted in part and denied in part.  It is too late for the Court to convert the scheduled conference into a remote conference.  As counsel for defendants and the United States are surely aware, such arrangements must be completed well in advance of the conference.  The Court received this letter after the deadline to convert the in-person conference to a remote conference, and the Court has already ordered the production of the incarcerated defendant for the hearing.  The Court is willing to conduct the hearing by remote means as to Mr. Reyes at 10:30 a.m. on September 29, 2020.  Counsel is directed to file the appropriate written consent form in advance of the conference.  The Court will issue a separate order scheduling the conference as to Mr. Reyes.  With respect to Mr. Irizarry, the conference will proceed in person on the date and time originally scheduled.  If the parties wish to conduct that hearing by remote means, further application should be made for the conference to take place by remote means and for an adjournment to permit the Court to schedule a remote conference.  Any adjournment request should be accompanied by any request to exclude time under the Speedy Trial Act.

SO ORDERED  
September 21, 2020

_____  
GREGORY H. WOODS  
United States District Judge