

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*One St. Andrews Plaza*
*White Plains, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/24/2020

September 23, 2020

**BY ECF & E-MAIL**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re:   *United States* v. *Christian Irizarry*, 20 Cr. 127 (GHW)

Dear Judge Woods:

    The Government respectfully submits this letter in response to the Court's order dated yesterday, September 22, 2020.  Counsel for Mr. Irizarry and the Government jointly request that the conference for Mr. Irizarry also take place remotely, due to the continuing Covid-19 pandemic.  The parties are available at the Court's convenience for that conference, which the parties understand will need to be adjourned for a few weeks to enable the Court to hold the conference remotely.

    Accordingly, the parties also respectfully request that the Court exclude time, under the Speedy Trial Act, between the date of the currently scheduled conference, September 29, 2020, and any new date set by the Court for the conference.  Such an exclusion of time will allow the parties to safely participate in the conference remotely, and will allow additional time for the production and review of the voluminous discovery in this matter.

Respectfully Submitted,

AUDREY STRAUSS
Acting United States Attorney

by:  /s/_____
Sarah Krissoff
Assistant United States Attorney
(212) 637-2232

Application granted.  The hearing involving Mr. Irizarry is adjourned from September 29, 2020 to October 16, 2020 at 9:00 a.m.  The Court will enter separate orders to exclude time and to provide the parties with dial-in information for the conference.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 53.

SO ORDERED.

Dated:  September 24, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge