USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
 :
UNITED STATES OF AMERICA, :
 :
 -v- : 1: 20-cr-127-GHW-1
 :
CHRISTIAN IRIZARRY, : <u>ORDER</u>
 :
 Defendant. :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, SARAH KRISSOFF, Assistant United States Attorney, of counsel, and with the consent of CHRISTIAN IRIZARRY, by and through his attorney, BENJAMIN HEINRICH, it is hereby ORDERED that the pretrial conference in this case is continued from September 29, 2020 to October 16, 2020 at 9:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the defendant and his counsel to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through October 16, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: September 24, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge