UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                       :

UNITED STATES OF AMERICA,        :

                          -v-                        :                1:20-cr-127-GHW-1

CHRISTIAN IRIZARRY,            :                <u>ORDER</u>
                       Defendant. :
-------------------------------------------------------------- :
                                                                        X

GREGORY H. WOODS, United States District Judge:

       A remote proceeding is scheduled in this matter on October 16, 2020 at 10:30 a.m.

Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200.

       SO ORDERED.

Dated: October 16, 2020
       New York, New York

                                                                      GREGORY H. WOODS
                                                              United States District Judge