USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                -v-                               1:20-cr-0127-GHW-1

    CHRISTIAN IRIZARRY,                       ORDER

                              Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A remote status conference is scheduled in this matter on December 28, 2020 at 9:00 a.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: 855-268-7844; Access Code: 32091812#; Pin: 9921299#.

SO ORDERED.

Dated: December 27, 2020

                                                      GREGORY H. WOODS
                                                United States District Judge