**MEMORANDUM ENDORSED**

**BENJAMIN HEINRICH, P.C.**
ATTORNEY AT LAW
189 EAST 163rd STREET
BRONX, NEW YORK 10451

E MAIL Ben@bheinrichpc.com                                                           TELEPHONE 718-588-4400
www.thebronxcriminallawyer.com                                FAX 718-588-4716
                                                                                                     CELL 914-552-5750

**April 2, 2021**

<u>VIA ECF</u>
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/8/2021
```

        Re:    <u>United States v. Irizarry, et al,</u> 20 Cr. 127 (GHW)

Your Honor:

      I am writing this letter requesting that the date last set by the Court for a status conference to be held on April 21, 2021, be adjourned until the early part of June 2021. The reason for this request is that negotiations between the government, myself, and counsel for the co-defendant, Antonio Reyes, are ongoing. And, the government has indicated that an adjournment would be helpful in bringing this matter to a resolution.

      I have spoken with Daniel S. Parker, counsel for Antonio Reyes and he has requested that I make this application on his behalf. Additionally, I have been contacted by AUSA Sarah Krisoff who confirms that the government consents to this request. The defendants consent to the exclusion of time.

      Therefore, on behalf of all parties, it is respectfully requested that the conference currently scheduled for April 21, 2021 be adjourned and rescheduled to a date, convenient to the court, sometime during the first two weeks of June 2021.

.
Respectfully submitted,

*Benjamin Heinrich*
Benjamin Heinrich, Esq,
Counsel for defendant-Christian Irizarry

Application granted. The status conferences as to defendants Irizarry and Reyes are adjourned to June 2, 2021. The status conference as to defendant Christian Irizarry will be held at 9:00 a.m.; the status conference as to defendant Antonio Reyes will be held at 10:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 71.

SO ORDERED.

Dated: April 8, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge