USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,              :
:
-v-                            :          1:20-cr-127-GHW
:
CHRISTIAN IRIZARRY and                 :          ORDER
ANTONIO REYES,                         :
:
Defendants.    :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of defendant CHRISTIAN IRIZARRY, by and through his attorney, BENJAMIN HEINRICH, and with the consent of defendant ANTONIO REYES, by and through his attorney, DANIEL S. PARKER, and the Government, by and through AUDREY STRAUSS, United States Attorney for the Southern District of New York, by and through SARAH KRISSOFF, Assistant United States Attorney, it is hereby ORDERED that the status conferences in this matter are adjourned to June 2, 2021.  The conference as to defendant Christian Irizarry will be held at 9:00 a.m.; the conference as to Antonio Reyes will be held at 10:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter.  Accordingly, it is further ORDERED that the time from the date of this order through June 2, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:  April 8, 2021
New York, New York
                                              _____
                                              GREGORY H. WOODS
                                              United States District Judge