

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2021
```

October 6, 2021

# MEMORANDUM ENDORSED

<u>**By ECF**</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:   *United States* v. *Irizarry, et al.*, 20 Cr. 127

Dear Judge Woods:

    I am leaving the U.S. Attorney's Office at the end of this week. Accordingly, I respectfully request that the Court terminate my appearance in this case and remove me from the docket.

    Respectfully submitted,

    Audrey Strauss
    United States Attorney

By:   /s/
    Sarah Krissoff
    Assistant United States Attorneys
    (212) 637-2232

cc: Defense Counsel (by ECF)

    Application granted. The Clerk of Court is directed to terminate Ms. Krissoff from the list of active counsel in this case and to terminate the motion pending at Dkt. No. 81.
    SO ORDERED.
    Dated: October 8, 2021
    New York, New York

    _____
    GREGORY H. WOODS
    United States District Judge