

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021

# MEMORANDUM ENDORSED

October 25, 2021

**By ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Christian Irizarry, et. al.*, 20 Cr. 127 (GHW)

Dear Judge Woods:

The Government writes respectfully to request that the Court enter the attached proposed protective order, to which counsel for the defendants have consented.  *See* Exhibit A.

Pursuant to Federal Rule of Criminal Procedure 16, "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." Fed. R. Crim. P. 16(d).  The Government submits that good cause justifies the issuance of a protective order in this case given the nature of the material to be disclosed, which includes information concerning undercover drug purchases.

Accordingly, the Government respectfully requests that the Court enter the proposed order.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:   */s/ Ni Qian*_____
Ni Qian
Assistant United States Attorney
Tel: (212) 637-2364

cc:  Counsel of Record (via ECF)

Application granted.  The proposed protective order will be entered separately.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 87.
SO ORDERED.
Dated:  October 26, 2021
New York, New York
                              _____
                              GREGORY H. WOODS
                              United States District Judge