UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                 :
UNITED STATES OF AMERICA,         :
                                                                 :
                        -v-                              :                 1:20-cr-127-GHW-1
                                                                 :
CHRISTIAN IRIZARRY,                :                      ORDER
                                                                  :
                                      Defendant.  :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2021

GREGORY H. WOODS, United States District Judge:

       A proceeding is scheduled in this matter on November 30, 2021 at 11:30 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: November 17, 2021
       New York, New York

                                                       GREGORY H. WOODS
                                                  United States District Judge