```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
                 -v-                                         :      1:20-cr-127-GHW-1
                                                             :
                                                             :
   CHRISTIAN IRIZARRY,                                       :      ORDER
                                                             :
                                       Defendant.            :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2021

GREGORY H. WOODS, United States District Judge:

The status conference scheduled for December 17, 2021 is adjourned *sine die*.

SO ORDERED.

Dated: December 3, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge