```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
     UNITED STATES OF AMERICA,                               :
                                                             :
                                                             :
                    -v-                                      :
                                                             :
                                                             :
     CHRISTIAN IRIZARRY,                                     :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/2022

1:20-cr-127-GHW-1

ORDER

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled in this matter for March 2, 2022 is adjourned to April 27, 2022 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Defendant's sentencing submissions are due two weeks before sentencing; Government's sentencing submissions are due one week before sentencing.

SO ORDERED.

Dated: February 25, 2022

_____
GREGORY H. WOODS
United States District Judge