```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2022
```

# THE HEINRICH LAW GROUP, P.C.
### 189 EAST 163rd STREET
### BRONX, NEW YORK 10451

E MAIL benjamin@heinrichlawgroup.com          TELEPHONE 718-588-4400
FAX 718-588-4716

April 20, 2022        **MEMORANDUM ENDORSED**

VIA: ECF
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re: United States v. Irizarry, et al, 20 Cr. 127 (GHW)

Your Honor:

    I am writing this letter seeking an adjournment of my client's sentencing date currently set for April 27, 2022. I am in Florida where I have a home in Kissimmee, Florida for the past twenty years. This week is Passover and my family has joined my wife and myself to celebrate this holiday for the last time in this home. We contracted to sell this home and have also contracted to purchase another home in Boynton Beach, Florida. The closings for each of these properties are set to occur one day after the other. Those dates are April 28th and 29th respectively. These past several weeks have been very difficult since we are packing up a house, preparing to move to another and hosting our kids and grandkids. I simply cannot complete my presentence memo on behalf of Mr. Irizarry at this time just as I find it impossible to appear in New York on the 27th for a sentencing. I have spoken with the government concerning this request and I have been informed that the government has no objection.

    I therefore, most respectfully request that the sentencing hearing for Christian Irizarry currently scheduled for April 27, 2022, be adjourned to the second week in June of 2022.

Respectfully submitted,

*Benjamin Heinrich*

Benjamin Heinrich

Application granted. The sentencing hearing scheduled for April 27, 2022 is adjourned to June 14, 2022 at 10:00 a.m. The defendant's sentencing submissions are due no later than May 31, 2022; the Government's sentencing submissions are due no later than June 7, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 116.

SO ORDERED.
Dated: April 21, 2022
New York, New York           _____
                                  GREGORY H. WOODS
                              United States District Judge