UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

CHRISTIAN IRIZARRY,

                                 Defendant.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2024

1:20-cr-127-GHW-1

ORDER

GREGORY H. WOODS, United States District Judge:

    The parties are directed to submit a joint status letter to the Court regarding this matter. The letter must be filed no later than October 28, 2024. The letter should, among other things, propose one or more dates for another status conference in this case.

    SO ORDERED.

Dated: October 24, 2024
New York, New York

                                                          GREGORY H. WOODS
                                                   United States District Judge