```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                       :
                                                :
         -against-                              :
                                                :
CHRISTIAN IRIZARRY,                             :          1:20-cr-127-GHW-1
                                                :
                    Defendant.                  :              ORDER
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2024

GREGORY H. WOODS, United States District Judge:

A status conference in this matter will take place on December 20, 2024 at 1:00 p.m. The conference will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the conference as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: October 29, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge