UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,

               -against-

   CHRISTIAN IRIZARRY,                 1:20-cr-127-GHW-1

                  Defendant.         ORDER
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2025

GREGORY H. WOODS, United States District Judge:

      The status conference currently scheduled for March 7, 2025 at 12:00 p.m. is rescheduled. The conference will take place on April 8, 2025 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the conference as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated: February 27, 2025
New York, New York

                                                  _____
                                                     GREGORY H. WOODS
                                                United States District Judge