

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2025
```

April 7, 2025

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Christian Irizarry*, 20 Cr. 127 (GHW)

Dear Judge Woods:

    The Government respectfully submits this letter to request an adjournment of the violation of supervised release hearing currently scheduled for April 8, 2025. As Your Honor is aware, on February 12, 2025, the defendant was charged federally with the conduct that is at the core of the violations. That case is still pending, and the parties are engaged in active discussions regarding a pre-indictment disposition. Accordingly, the Government, with the consent of the defendant, requests an adjournment of the supervised release hearing in this case so that we may be able to bring to the Court a global resolution of both the federal charges as well as the violation of supervised release.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney

by: _____
    Ni Qian
    Assistant United States Attorney
    (212) 637-2364

APPLICATION GRANTED. The hearing scheduled for April 8, 2025 at 11:00 a.m. is adjourned to July 17, 2025 at 11:00 a.m.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 145.
SO ORDERED.
Dated: April 7, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge