```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    UNITED STATES OF AMERICA

                -against-                        20-CR-127 (VEC)

    CHRISTIAN IRIZARRY,                    ORDER
                            Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Mr. Irizarry's sentencing in 25-CR-276 is scheduled for October 8, 2025 at 10:30 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007;

    WHEREAS Mr. Irizarry's sentencing on the Violation of Supervised Release ("VOSR") in 20-CR-127 is scheduled for October 20, 2025 at 10:00 A.M; and

    WHEREAS 20-CR-127 was reassigned to the Undersigned on July 30, 2025.

    IT IS HEREBY ORDERED that Mr. Irizarry's VOSR sentencing will now take place on October 8, 2025 at 10:30 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

    IT IS FURTHER ORDERED that the parties should combine into a single presentence submission their position on sentence as to both cases. Those submissions are due September 24, 2025.

**SO ORDERED.**

Date: July 31, 2025
      New York, NY

                                                                     **VALERIE CAPRONI**
                                                                    **United States District Judge**