USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA            :
:           25-CR-276 (VEC)
-against-            :           20-CR-127 (VEC)
:
CHRISTIAN IRIZARRY,                  :           ORDER
                    Defendant.       :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

The parties are scheduled to appear for a sentencing hearing in the above-captioned matters on **October 8, 2025, at 10:30 A.M**.  Please be advised that the Court is considering imposing a sentence that would constitute an upward variance from the applicable guideline range for either or both matters.

**SO ORDERED.**

Date:  October 2, 2025
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**